UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CASEY COPELAND, RICH JATERKA, FRED KENNEDY, JAMES NEAL, RAFAEL VIESCA, and DANIEL WEIERMANN,<br><br>       Plaintiffs,<br><br>v.<br><br>3M COMPANY and AEARO TECHNOLOGIES LLC,<br><br>       Defendants. | Court File No. 20-cv-01490-JRT-KMM |

## DECLARATION OF DANIEL E. GUSTAFSON IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

I, Daniel E. Gustafson, hereby declare and state as follows:

1. I am licensed to practice law in the State of Minnesota and admitted to state and federal Court in Minnesota. I am a member of the law firm of Gustafson Gluek PLLC.

2. I submit this Declaration in support of Plaintiffs' Motion to Remand.

3. I submit this Reply in Support of Motion to Remand for Lack of Subject Matter Jurisdiction.

4. Attached as **Exhibit A** is a copy of Plaintiff, Rich Jaterka's Declaration.

5. Attached as **Exhibit B** is a copy of Plaintiff, Rafael Viesca's Declaration.

6. Attached as **Exhibit C** is a copy of Plaintiff, Daniel Weiermann's Declaration.

7. Attached as **Exhibit D** is a copy of Plaintiff, Casey Copeland's Declaration.

8. Attached as **Exhibit E** is a copy of Plaintiff, James Neal's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2020           s/Daniel E. Gustafson
                                                          Daniel E. Gustafson