UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CASEY COPELAND, MICHAEL FANSLER, ERIC FLORES, RICH JATERKA, FRED KEENEDY, JAMES NEAL, RAFAEL VIESCA, AND DANIEL WEIERMANN,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY and AEARO TECHNOLOGIES LLC,<br><br>Defendants. | Court File No. 20-cv-1490-JRT-KMM |

## STIPULATION OF DISMISSAL FOR ERIC FLORES, DANIEL WEIERMANN, AND MICHAEL FANSLER WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Eric Flores, Daniel Weiermann, and Michael Fansler, through counsel, respectfully submit this stipulation of dismissal without prejudice from the above-captioned case.

Dated:  September 11, 2020        Respectfully submitted,

| | |
|---|---|
| William R. Sieben (#100808) | *s/Daniel E. Gustafson* |
| Alicia N. Sieben (#389640) | Daniel E. Gustafson (#202241) |
| Matthew J. Barber (#397240) | Karla M. Gluek (#238399) |
| **SCHWEBEL GOETZ & SIEBEN, P.A.** | Amanda M. Williams (#341691) |
| 5120 IDS Center | **GUSTAFSON GLUEK PLLC** |
| 80 South Eighth Street | Canadian Pacific Plaza |
| Minneapolis, Minnesota 55402-2246 | 120 South Sixth Street, Suite 2600 |
| Tel: (612) 377-7777 | Minneapolis, MN  55402 |
| bsieben@schwebel.com | Tel: (612) 333-8844 |
| asieben@schwebel.com | dgustafson@gustafsongluek.com |
| mbarber@schwebel.com | kgluek@gustafsongluek.com |
| | awilliams@gustafsongluek.com |

| | |
|---|---|
| Michael B. Terry | Richard M. Paul III |
| (*pro hac application forthcoming*) | Ashlea G. Schwarz |
| David G.H. Brackett | **PAUL LLP** |
| (*pro hac application forthcoming*) | 601 Walnut Street, Suite 300 |
| Matthew R. Sellers | Kansas City, Missouri 64106 |
| (*pro hac application forthcoming*) | Tel: (816) 984-8100 |
| **BONDURANT, MIXSON & ELMORE, LLP** | Rick@PaulLLP.com |
| | Ashlea@PaulLLP.com |
| 3900 One Atlantic Center | |
| 1201 West Peachtree Street, N.W. | |
| Atlanta, Georgia 30309 | |
| Tel: (404) 881-4100 | |
| terry@bmelaw.com | |
| brackett@bmelaw.com | |
| sellers@bmelaw.com | |

*Attorneys for Plaitniffs*

s/ *Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
S. Jamal Faleel (MN #0320626)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
         bhulse@blackwellburke.com
         jfaleel@blackwellburke.com

*Counsel for Defendant 3M Company*

s/ *Faris A. Rashid*
Faris A. Rashid (MN #0391508)
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN 554402
Phone: (612) 373-0830
Email:frashid@greeneespel.com
Counsel for Defendant Aearo Technologies LLC

*Counsel for Defendant Aearo Technologies LLC*

2