UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CASEY COPELAND, MICHAEL FANSLER, ERIC FLORES, RICH JATERKA, FRED KEENEDY, JAMES NEAL, DARNELL ROBINSON, RAFAEL VIESCA, AND DANIEL WEIERMANN,<br><br>        Plaintiffs,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>        Defendants. | Court File No. 20-cv-1490-JRT-KMM |

**[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE**

This matter came before the Court on the Stipulation of Dismissal for Plaintiff Darnell Robinson Without Prejudice (Doc. No. 16) and the Stipulation of Dismissal for Plaintiffs Eric Flores, Daniel Weiermann, and Michael Fansler Without Prejudice (Doc. No. 34). Based upon the files, records and proceedings herein,

It is hereby **ORDERED** that:

Plaintiffs Darnell Robinson, Eric Flores, Daniel Weiermann, and Michael Fansler are dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____   _____
                                                                         The Honorable John R. Tunheim
                                                                         Chief United States District Court Judge